1  **PINNOCK & WAKEFIELD**
   Michelle L. Wakefield, Esq.   Bar #:  200424
2  David C. Wakefield, Esq.      Bar #: 185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

FILED

2006 DEC 19  AM 10: 59

CLERK US DIST... COUR
SOUTHERN DISTRICT OF CALIFORNIA

BY RM _____DEPUTY

6

7              UNITED STATES DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9

10 2150 SIGOURNEY JOSSIAH - FRANCIS       Case No.: 06cv2223 BEN (AJB)
   LEE ASSOCIATION, SUING ON BEHALF
11 OF THEODORE A. PINNOCK AND ITS        [PROPOSED] ORDER GRANTING
   MEMBERS; and THEODORE A. PINNOCK,     MOTION FOR VOLUNTARY DISMISSAL
12 An Individual,                        AND DISMISSAL WITH PREJUDICE OF
                                          ALL DEFENDANTS AND PLAINTIFFS'
13                                        COMPLAINT.
14              Plaintiffs,
15      v.
16 THE BREAK ROOM, INC.; BABAK           [Fed.R.Civ.P. Rule 41(a)(2)]
   EMRAVI d.b.a. DEL MAR SMOG; LEON
17 PERL TRUST; JOAN E. HASSON-
   SANDERS, Trustee; And DOES 1
18 THROUGH 10, Inclusive
19
20              Defendants.
21
22
23 ///
   ///
24 ///
   ///
25 ///
   ///
26 ///
   ///
27 ///
   ///
28 ///

              Case Number: 06cv2223 BEN (AJB)

1  **IT IS HEREBY ORDERED** that ALL DEFENDANTS are dismissed with
2  prejudice from Plaintiffs' Complaint, Case Number: 06cv2223 BEN
3  (AJB). Additionally, Plaintiffs' Civil Complaint is dismissed in
4  its entirety.
5
6  IT IS SO ORDERED.
7
8  Dated: 12/12/06
9                                    HONORABLE ROGER T. BENITEZ
                                     U.S. DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: 06cv2223 BEN (AJB)